UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHOA DANG NGUYEN,<br><br>             Plaintiff,<br>   v.<br><br>THE GENERAL INSURANCE,<br><br>             Defendant. | Case No. 5:14-cv-01567-PSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>(Re: Docket No. 4) |

      Because Nguyen has not paid the filing fee for this action and his application to proceed in forma pauperis was denied,[1] this action shall be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 16, 2014

                                                _____
                                                PAUL S. GREWAL
                                                United States Magistrate Judge

---

[1] *See* Docket No. 4.