IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHOA DANG NGUYEN,<br><br>　　　　Plaintiff(s),<br>　v.<br>THE GENERAL INSURANCE,<br><br>　　　　Defendant(s).<br>_____/ | CASE NO. 5:14-cv-01567 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The Case Management Conference scheduled for August 8, 2014, is CONTINUED to **10:00 a.m. on September 5, 2014.** The parties shall file a Joint Case Management Conference Statement, or separate statements according to Civil Local Rule 16-9(a), on or before **August 29, 2014.**

**IT IS SO ORDERED.**

Dated: August 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
CASE NO. 5:14-cv-01567 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOA DANG NGUYEN et al, | Case Number: CV14-01567 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE GENERAL INSURANCE et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Khoa Dang Nguyen
471 E. Julian Street
San Jose, CA 95112

Dated: August 4, 2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk