IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHOA DANG NGUYEN, | CASE NO. 5:14-cv-01567 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| THE GENERAL INSURANCE, | |
| Defendant(s). | |

Pursuant to Plaintiff Khoa Dang Nguyen's Notice of Dismissal (Docket Item No. 19), this above-entitled action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  September 10, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:14-cv-01567 EJD
ORDER DISMISSING CASE WITHOUT PREJUDICE